UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHANA FULOP,

            Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES, LLC, AMERICAN EXPRESS CO., AR RESOURCES, INC., and CITIBANK, N.A.,

            Defendants.

**ORDER**

19 Civ. 6033 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The parties are hereby ORDERED to provide a joint letter by January 6, 2020 reporting on the status of this action, including any settlement discussions. If the case has not been settled in its entirety by January 6, 2020, the parties will submit a proposed case management plan.

Dated:  New York, New York
        December 23, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge