UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHANA FULOP,

                    Plaintiff,

          v.

EQUIFAX INFORMATION SERVICES,
LLC, TRANS UNION, LLC, AMERICAN
EXPRESS CO., AR RESOURCES, INC.,
and CITIBANK, N.A.,

                    Defendants.

**ORDER OF DISMISSAL**

19 Civ. 6033 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

          The Court having been advised that all claims asserted herein have been settled as

to Defendant AR Resources, Inc., it is ORDERED that the above-entitled action be, and hereby

is, dismissed with prejudice but without costs; provided, however, that if the settlement is not

consummated within thirty days of this order, any party may apply by letter within the thirty-day

period for restoration of the action to the calendar of the undersigned, in which event the action

will be restored.  The Clerk of the Court is directed to close the case as to Defendant AR

Resources, Inc.  Any pending dates and deadlines are adjourned sine die, and any pending

motions are moot.

Dated:  New York, New York
          January 6, 2020

                              SO ORDERED.

                              Paul G. Gardephe
                              United States District Judge